IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v. CASE NO.: 1:11cr40-SPM

COREE PATRICK,

Defendant.
_____________________________/

**ORDER GRANTING MOTION IN LIMINE ON FELON STATUS**

Upon consideration of Defendant Patrick's Motion in Limine as to Proof of Status (doc. 37) and Old Chief v. United States, 519 U.S. 172, 190-92 (1997) (defendant's stipulation to felon status ordinarily makes unduly prejudicial other evidence to prove felon status), it is

ORDERED AND ADJUDGED:

1. Defendant Patrick's Motion in Limine as to Proof of Status (doc. 37 is granted.

2. The Government shall not present evidence of Defendant's prior convictions, other than Defendant's stipulation, to prove that Defendant is a convicted felon who is prohibited from possessing a firearm.

3. Any indictment provided to the jury will be redacted accordingly.

DONE AND ORDERED this 6th day of July, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge