IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:11cr40-SPM

COREE PATRICK,

    Defendant.
_____/

## ORDER DENYING MOTION IN LIMINE REGARDING PRIOR SHOOTINGS

This cause comes before the Court on Defendant's Motion in Limine to Prevent Reception of 404(b) Evidence (doc. 42) and the Government's response (doc. 43). For the following reasons, the motion will be denied.

1. Defendant intends to present an entrapment defense at trial. He concedes that he is a convicted felon, but will argue that he had no previous intent to possess a firearm until persuaded by the Government's confidential informants.

2. When a defendant raises an entrapment defense, the Government has the burden to show beyond a reasonable doubt that the defendant was predisposed to commit the crime. United States v. Duran, 596 F.3d 1283, 1299 (11th Cir. 2010). "[B]ecause similar acts used to demonstrate predisposition are offered precisely to show propensity, they are more broadly applicable and their

use is not subject to the normal constraints of evidence admitted pursuant to Rule 404(b)." Id.

3. "Essentially, because the defendant puts his character at issue by raising an entrapment defense, he cannot complain that the Government introduces evidence as to such character." Id.

4. The evidence of the prior shootings is probative of Defendant's intent, motive, and predisposition to possess firearms. The prior shootings show that Defendant had no qualms about possessing firearms even for unlawful purposes such as shooting people with them. Although a substantial period of time has passed since the shootings, there is no indication that Defendant has undergone a transformation within that time to change his state of mind. United States v. Burkley, 591 F.2d 903, 922 (D.C. Cir. 1978).

5. The probative value of the prior shootings evidence is not outweighed by unfair prejudice to Defendant.

Accordingly, it is

ORDERED AND ADJUDGED: Defendant's Motion in Limine to Prevent Reception of 404(b) Evidence (doc. 42) is denied.

DONE AND ORDERED this 6th day of July, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 1:11cr40-SPM